RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 03 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DeVante R. Hill, sui juris<br>℅ 4920 Pippin Dr NW<br>Acworth, Georgia 30101,<br>Plaintiff, | Demand for Jury Trial<br><br>Reserve the Right To Amend |
| vs. | Case No. 1:22-CV-2193 |
| Cory P. Sims<br>100 CRESCENT PARKWAY, SUITE 625<br>TUCKER, GA 30084 | |
| The Albertelli Firm, P.C.<br>5404 Cypress Center Drive, Suite 300,<br>Tampa, FL, 33609 | AMENDED COMPLAINT |
| Barrett Daffin Frappier Turner & Engel, LLP<br>4004 BELT LINE ROAD, SUITE 100,<br>ADDISON, TX, 75001 | |
| ServiceMac, LLC<br>9726 Old Bailes Road, Suite 200,<br>Fort Mill, SC, 29707 | |
| Oceanside Mortgage Company<br>55 Main Street<br>Toms River, NJ, 08753 | |
| The State of Georgia<br>206 Washington St SW<br>Atlanta, GA 30334,<br>Defendants. | |

## $5.5 MILLION DOLLAR CIVIL COMPLAINT FOR WRONGFUL FORECLOSURE, BREACH OF CONTRACT, FORGERY AND VIOLATION OF THE FDCPA

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning] COMES NOW, DeVante R. Hill, sui juris, files his civil lawsuit for wrongful foreclosure on the property located at 4920 Pippin Dr NW, Acworth, GA 30101. Plaintiff freely exercises his right to a trial by jury in a suit at common law guaranteed to him by the seventh amendment to the United States Constitution. Plaintiff is NOT a member of the B.A.R. Association and is not under oath or contract to strictly follow the rules of civil procedure. Furthermore, the courts have held that action that is brought by sovereign individuals, in their sui juris capacity, is not to be held to the same high standards as action brought by licensed attorneys. All that is required is that the pleading be in a format that "any reasonable person could understand" which this pleading conforms to.

### JURISDICTION:

1. The Judiciary Act, through Congress placed admiralty under the jurisdiction of the federal district courts.

2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

3. This court has personal jurisdiction over the defendant's corporations because the corporation's principal place of business is not in this state.

4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

5. Federal court has jurisdiction over this case based on the following reasons:

6. The State is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

7. The State is in control of the plaintiff's property deed when there is no law that forces the plaintiff to register his property.

8. The State pays and employs judges and provides a pension, 401-k, benefits, so state court judges will have a conflict of interest to hear this case in state court.

9. The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.

10. The amount of damages is over what the state court has jurisdiction to rule on.

11. The defendants violated Federal Laws.

12. There is no other court available for remedy.

13. The rules governing this action are, in order of superiority:

   a. The rules of the common law;

   b. The Federal Rules of Civil Procedure;

   c. The Northern District of Georgia Court Civil Rules of Procedure;

   d. The Federal Rules of Evidence;

## FACTUAL ALLEGATIONS:

14. The exact accounting of the accounting entries have not been provided to the plaintiff nor the court.

15. The original promissory note was bundled and sold in a securitization process.

16. The original contract that evidences the alleged debt is not provided to the court.

17. The original contract includes the interest rate, the payment amounts and terms.

18. The wrongful foreclosure did not contain the legal documents to verify a loan, the terms, amount loaned, or any documentation signed by the lender to verify a loan was provided to the plaintiff.

19. There is no admissible evidence to verify the lender signed a contract to provide a loan, and therefore the State Court does not have jurisdiction to rule.

20. A security interest does not attach to after-acquired property.

21. The mere fact the lender accepted the plaintiff's name on the lien to the property proves the plaintiff owns the property free and clear.

22. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money.

23. The bank or financial institution involved in the alleged loan did not follow GAAP accounting principles.

24. I applied for a loan.

25. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

26. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

27. The bank recorded the forged promissory note as a loan from me to the bank.

28. The bank used this loan to fund the alleged bank loan check back to me.

29. The bank refused to disclose whether the check was the consideration loaned for the alleged promissory note.

30. It appears the bank recorded the promissory note as an unauthorized loan from me to the bank.

31. The electronic credits called the mortgage loan were generated by the plaintiff's signature on the promissory note.

32. The defendants committed and conspired to commit real estate deed fraud when they failed to deliver the property deed as mandated by the state property transfer statute.

33. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed and received the electronic credits called the mortgage loan.

34. There was no exchange of money in the mortgage loan.

35. Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

36. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

37. The first illegal mortgage lien was placed on the property after the unlawful registration.

38. The statute that the attorney used in the foreclosure public notice is not a valid law as it does not have the three elements the state constitution mandates must be present to be a valid law.

39. Foreclosing statutes under GA Code Title 44, Chapter 14, Article 7 are missing the enacting clause, the title, and the body, and therefore the foreclosing statute is not a valid law and is unconstitutional on its face.

40. The defendants violated the F. D. C. P. A. when they engaged in abuse, threats, coercion, misrepresentation, fraud, harassment, unfair means, and deception to collect a debt where there is no injured party.

41. The original debt was zero because the Plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

42. The note, promissory note, and/or deed of trust note is not a note, it is a security by true definition.

43. When a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

44. The defendants records will show the defendants have an offsetting liability to the plaintiff pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).

45. These records include:

   a. FR 2046 balance sheet,
   b. 1099-OID report,
   c. S-3/A registration statement,
   d. 424-B5 prospectus and
   e. RC-S & RC-B Call Schedules

46. The records in paragraph 45, that have OMB numbers on them, are subject to disclosure under a privacy act.

47. The records in paragraph 45 have not been provided to the plaintiff nor the court.

### 48. ELEMENTS FOR WRONGFUL FORECLOSURE:

The required elements for a wrongful disclosure case are:

   a. the trustee or mortgagee caused an illegal, fraudulent, or willfully oppressive sale of real property pursuant to a power of sale in a mortgage or deed of trust;
   b. the party attacking the sale (usually but not always the trustor or mortgagor) was prejudiced or harmed; and
   c. in cases where the trustor or mortgagor challenges the sale, the trustor or mortgagor tendered the amount of the secured indebtedness or was excused from tendering.

## 49. FDCPA VIOLATION:

The elements for FDCPA are as follows:

a. the plaintiff is a consumer.

b. the debt involved meets the definition of debt in the FDCPA.

c. the defendant is a debt collector; and

d. the defendant committed an act prohibited by the FDCPA.

## 50. ELEMENTS FOR COMMON LAW:

a. Controversy - The listed defendants

b. Specific Claim - wrongful foreclosure, breach of contract, forgery and violation of the fdcpa

c. Specific Remedy Sought by Claimant - $5.5 Million Dollars

d. Claim Is Sworn To (Affidavit of DeVante Reese Hill attached), and I will verify in open court that all herein be true.

## 51. PARTIES

a. DeVante R. Hill, Plaintiff, purchased residential property in Cobb County, Georgia commonly known as 4920 Pippin Dr NW, Acworth, GA 30101.

b. The first defendant is Cory P. Sims

c. The second defendant is The Albertelli Firm, P.C.

d. The third defendant is Barrett Daffin Frappier Turner & Engel, LLP

e. The fourth defendant is ServiceMac, LLC

f. The fifth defendant is Oceanside Mortgage Company

g. The sixth defendant is The State of Georgia

## 52. Plaintiff's STATUS

The status of the Plaintiff is "sui juris", not "pro se" or "pro per." Plaintiff is a human being and therefore is NOT, nor could NOT be, a statutory person nor artificial person. Plaintiff reserves all rights, waiving none ever. (See Affidavit of DeVante Reese Hill for clarification).

**Counts:**

### Count One: Wrongful Foreclosure:

53. Plaintiff incorporates by reference the facts alleged in paragraphs 1-31

54. The plaintiff's injuries were the direct and proximate result of the defendants negligence.

### Count Two: Breach of Contract: 34-47

55. Plaintiff incorporates by reference the facts alleged in paragraphs 14-33

56. The defendants has a duty to follow the law and the constitution.

### Count Three: Forgery: 27, 36

57. Plaintiff incorporates by reference the facts alleged in paragraphs 27 and 36

58. It is illegal to alter documents and pass them off as an original.

### Count Four: F.D.C.P.A. Violation:

59. Plaintiff incorporates by reference the facts alleged in paragraphs 1-50

### WRONGFUL FORECLOSURE:

60. The 5th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.

61. The "injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 U.S.C. 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.

### BREACH OF CONTRACT:

62. The bank advertised that they loan money:

   a. I applied for a loan.

   b. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

   c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

   d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $221,990.00 plus interest, giving it a substitutional value if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan me legal tender or other depositors' money in the amount of $221,990.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

p. It appears the bank recorded the promissory as an unauthorized loan from the plaintiff to the bank.

q. The attorneys are misrepresenting themselves as working for a lender when they are illegally collecting as a 3rd party debt collector in violation of the F.D.C.P.A.

63. The defendants obstructed the administration of justice.

### NEGLIGENT/RECKLESS CONDUCT:

64. As a proximate result of the negligent or reckless conduct of the attorney acting as a 3rd party debt collector the plaintiff suffered injury when the attorney pursued unlawful foreclosure using a foreclosure statute that is missing the 3 elements needed to be considered a valid law.

65. The state constitution mandates laws to be enacted by congress and they must have an enacting clause, a title, and a body.

66. The Plaintiff is missing the following provisions agreed upon in the original contract:

8

a. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

b. The bank or financial institution involved in the alleged loan will follow GAAP,

c. the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d. the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

e. the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

f. the written agreement gives full disclosure of all material facts.

67. The defendants violated the plaintiff's right to due process 42 U.S.C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

68. The defendants obstructed the administration of justice.

### Infliction of Emotional Distress:

69. Plaintiff repeats, realleges, and incorporates by reference the allegations in paragraphs 1-68 above with the same force and effect as if herein set forth.

70. Defendants owe a duty to Plaintiff to act as reasonable, prudent persons. This duty includes an obligation to act in a careful, lawful, and prudent manner and in full compliance with applicable federal law.

71. Defendants conduct toward plaintiffs resulted in a breach of Defendants duties to act as reasonable, prudent persons.

72. The defendants have intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

73. The attack on the plaintiff's home using a statute that is not valid is fraud on the court.

74. As a result of these actions by Cory P. Sims, The Albertelli Firm, P.C., Barrett Daffin Frappier Turner & Engel, LLP, The State of Georgia, ServiceMac, LLC and Oceanside Mortgage Company, known as the defendants.

I have suffered in the following ways:

a) The plaintiff is reasonable.

b) The emotional distress sustained by Plaintiff is severe and of a nature that no reasonable man, woman or child could be expected to endure.

c) The actions of the defendants were the cause of the plaintiff's distress.

d) As a result of the defendants' conduct, Plaintiff has suffered, and with a high degree of likelihood, will continue to suffer mental pain and anguish, embarrassment, humiliation, and severe emotional trauma.

e) No one can return to me the health I have lost in dealing with the dubious actions of the persons named in my lawsuit.

f) I will never completely retrieve my peace of mind and calm the near-constant state of anxiety I find myself in now. These actions have forever altered my mental health and well-being.

g) The defendants acted with deliberate indifference to the Constitution and/or federal laws when they violated the plaintiff's right committing wrongful foreclosure, breach of contract, forgery and violation of the F. D. C. P. A.

## 75. Elements of "Due Process:

In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments.

It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

### 76. Elements For Conspiracy:

A federal criminal conspiracy is built up on the following elements:

a. two or more persons conspiring to commit any crime

b. an agreement between two or more persons for an unlawful purpose

c. the commission of an overt act by one of the conspirators in furtherance of the conspiracy

### 77. Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

### 78. Demand for Damages:

Plaintiff demands compensatory and general damages for expenses for legal expenses, medical bills, mental anguish associated with living with the consequences of the defendants negligence, loss of freedom to enjoy property, and damaged credit score, embarrassment from having plaintiff's house Sold, listed on Zillow and other Real estate foreclosure websites while the case is in litigation. The plaintiff demands punitive damages in what the jury finds just and fair.

Plaintiff prays that this court enters judgment for the Plaintiff and against each of the defendants, and grant:

a. compensatory, punitive, and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess of $3 Million Dollars

b. any further relief that this court deems just and proper, and any other appropriate relief a law

**WHEREFORE**, Plaintiff, DeVante Hill, demands the following:

a. That the court enter a judgment in favor of DeVante Hill, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages into Plaintiff and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

d. That the court award plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to Federal Laws.

e. That the court grant Plaintiff such other equitable relief that the court deems appropriate.

## Demand For A Trial By Jury

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY AT COMMON LAW

by: *[signature: DeVante Rese Hill]*  06/03/2022

DeVante Hill, sui juris

Without Prejudice UCC 1-308

12

DeVante Reese Hill
c/o 4920 Pippin Dr Nw
Acworth, Georgia 30101

## AFFIDAVIT OF DeVante Reese Hill and PLAIN STATEMENT OF FACTS

I, DeVante Reese Hill, a man, am over the age of consent, am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211 - "Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States" and "Whereas...the Bible is "the rock on which our Republic rests". I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against thy neighbor".

1. The $5.5 MILLION DOLLAR CIVIL COMPLAINT FOR WRONGFUL FORECLOSURE, BREACH OF CONTRACT, FORGERY AND VIOLATION OF THE FDCPA filed by Plaintiff is sworn to under penalties of perjury under the laws of the united states of America.
2. Defendants are not the real party in interest.
3. Defendants did not put their assets at risk in this instant matter.
4. Defendants purposely destroyed the "GENUINE" original note to securitize a new and forged note.
5. The note, promissory note, and/or deed of trust note is not a note, it is a security by true definition.
6. I am a man, and one of the People of these United States of America, being a creation of God and domiciled in one of the several States.
7. I am, a living, breathing, sentient being on the land, a Natural creation of God and therefore am not and cannot be any ARTIFICIAL PERSON and, therefore, am exempt from any and all identifications, treatments, and requirements, as such pursuant to any process, law, code, or statute, or any color thereof.
8. In these United States of America, the authority of any and all governments resides in the People of the land, for government is a fiction of the mind and can only be created by the People, affected by the People, overseen by the People, for the benefit of the People, and to secure the individual God-given rights of the People.
9. I reserve, claim all, and waive none of my God-given, secured and guaranteed

DeVante Reese Hill
c/o 4920 Pippin Dr Nw
Acworth, Georgia 30101

Rights, pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments.

10. Pursuant to the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments, Article VI paragraph 2, *"This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United State, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".*

6. As a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. The only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all Officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only in "Trial by jury", in accordance with all aspects of due process of law.

8. Pursuant to the supreme Law of the Land and the God-given Rights secured and guaranteed therein, this Constitution is established to ensure the dominion granted by God to all People, on this land, shall endure, and ensure forever that the People on this land be free from any and all slavery, indenturement, tyranny, and oppression under the color of any law, statute, code, policy, procedure, or of any other type.

9. Pursuant to this Constitution, I cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced or so affected, under the color of law by any Natural Person, who individually, or in any capacity as, or under, any Artificial Person, agency, entity, officer, or party, into waiving of any of my Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted to me by God, nor can I be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity. Anyone using any process, not in accordance with the Constitution, causing injury to me, thereby commits numerous crimes, requiring lawful punishment therefrom.

DeVante Reese Hill
c/o 4920 Pippin Dr Nw
Acworth, Georgia  30101

10. I am not an expert in the law however I do know right from wrong. If there is any man damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within ten (10) days from receipt hereof, providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son, be done on Earth as it is in Heaven.

Reserving ALL my Natural God-Given Unalienable Rights, Waiving None, Ever.

**Pursuant to 28 USC § 1746(1)**

"...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this the 1st day, of June, in the year of our Lord and Savior, two thousand twenty two.

by: *DeVante Reese Hill*
DeVante Reese Hill, man, Affiant

Notary used without prejudice to my rights:

DeVante Reese Hill  
c/o 4920 Pippin Dr Nw  
Acworth, Georgia 30101

BE IT REMEMBERED, That on this __1st__ day of June in the year of our LORD, two thousand and twenty two, personally appeared before me, the Subscriber, a Notary Public for the State of Georgia, DeVante Reese Hill, man, party to this Document, known to me personally to be such, and he acknowledged this Document to be his act and deed. Given under my hand and seal of office, the day and year aforesaid.

_Rebecca Ly(Wright_ (seal)

Notary Public Sitting in, and for, The State of Georgia.

OFFICIAL SEAL  
REBECCA LYNN WRIGHT  
NOTARY PUBLIC – GEORGIA  
HENRY COUNTY  
My Commission Expires Jan. 24, 2026

4 of 4