IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 28 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DeVante R. Hill, sui juris
℅ 4920 Pippin Dr NW
Acworth, Georgia 30101,
Plaintiff,

vs.

Cory P. Sims, the albertelli firm, p.c., et al.,

Case No. 1:22-CV-02193-CAP

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

1. Plaintiff received a letter from the office of the clerk on June 8th, 2022.
2. Plaintiff has been advised to file an amended complaint that conforms to the federal and local rules no later than Friday, June 17, 2022.
3. Plaintiff filed and was granted a motion of extension of time on 06/15/2022 giving Plaintiff until 07/01/2022 to file amended complaint.
4. Plaintiff has no training in law, works full time and has parental duties.
5. Plaintiff's legal research and ability to produce a properly amended complaint will exceed the new deadline given.
6. An extension of time is necessary in this case because Plaintiff will use time to save more funds to go towards legal costs and to evaluate and vet all prospective legal options and resources.
7. The deadline given is not sufficient to research, prepare, make and submit an amended complaint.
8. Plaintiff's goal in evaluating options is to properly structure an amended complaint into a format the court will understand.
9. For this reason, plaintiff requests an additional thirty (30) days from Friday, July 1st, 2022 to submit an amended complaint.

by: DeVante Reed Hill