IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEVANTE R. HILL, *sui juris*,

   Plaintiff,

v.

CORY P. SIMS, THE ALBERTELLI FIRM, P.C., et al.,

   Defendants.

CIVIL ACTION FILE NO.

1:22-cv-02193-CAP-CMS

## **O R D E R**

Plaintiff is proceeding in this case without counsel. This case is before the Court on Plaintiff's second motion for an extension of time to file an amended complaint. [Doc. 7].

For the reasons stated in his motion, Plaintiff's motion for a second extension is hereby **GRANTED**. Plaintiff may have up to and including August 1, 2022 to file an amended complaint that complies with the federal and local rules and the Order issued by this Court on June 3, 2022.

**SO ORDERED AND DIRECTED**, this 30th day of June, 2022.

_____
Catherine M. Salinas
United States Magistrate Judge