## AFFIDAVIT OF SERVICE

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| Case: 1:22-CV-2193 | Court: In the United States District Court for the Northern District of Georgia Atlanta Division | County: , GA | Job: 7578549 |
|---|---|---|---|
| **Plaintiff / Petitioner:** DeVante R. Hill | | **Defendant / Respondent:** Steven Stone VP d/b/a Oceanside Mortgage Company & Robert Caruso CEO d/b/a ServiceMac, LLC | |
| **Received by:** Platinum Key Investigations | | **For:** Devante Hill | |
| **To be served upon:** Steven Stone VP d/b/a Oceanside Mortgage Company c/o Incorp Services, Inc. | | | |

I, John Sibbald, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Steven Stone VP d/b/a Oceanside Mortgage Company c/o Incorp Services, Inc., Corporate: 9040 Roswell Rd Suite 500, Atlanta, GA 30350

**Manner of Service:** Registered Agent, Sep 1, 2022, 2:27 pm EDT

**Documents:** Summons and Complaint (Received Aug 29, 2022 at 1:00pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 30, 2022, 9:34 am EDT at Corporate: 2000 Riveredge Pkwy NW Suite 885, Atlanta, GA 30328
This location is for ABC Legal Services and they have nothing to do with Incorp Services per receptionist.

2) Successful Attempt: Sep 1, 2022, 2:27 pm EDT at Corporate: 9040 Roswell Rd Suite 500, Atlanta, GA 30350 received by Steven Stone VP d/b/a Oceanside Mortgage Company c/o Incorp Services, Inc.. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Receptionist ;
Served the Registered Agent receptionist Adriana Johnson in person at front desk.

_[signature]_ 9/8/2022
John Sibbald     Date

Platinum Key Investigations
55 Atlanta St SE Suite 203
Marietta, GA 30060
7734066750

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_
**Notary Public**
9/8/22                    12-7-25
Date            Commission Expires

_[Notary Seal: DAVID ENGLAND, NOTARY, EXPIRES, GEORGIA, 12/07/2025, PUBLIC, PAULDING COUNTY]_