# AFFIDAVIT OF SERVICE

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| Case: 1:22-CV-2193 | Court: In the United States District Court for the Northern District of Georgia Atlanta Division | County: , GA | Job: 7578468 |
|---|---|---|---|
| **Plaintiff / Petitioner:** DeVante R. Hill | | **Defendant / Respondent:** Steven Stone VP d/b/a Oceanside Mortgage Company & Robert Caruso CEO d/b/a ServiceMac, LLC | |
| **Received by:** Platinum Key Investigations | | **For:** Devante Hill | |
| **To be served upon:** Robert Caruso CEO ServiceMac, LLC c/o Registered Agent Corporate Creations Network Inc. | | | |

I, John Sibbald, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Robert Caruso CEO ServiceMac, LLC c/o Registered Agent Corporate Creations Network Inc., Corporate: 2985 Gordy Pkwy, Marietta, GA 30066

**Manner of Service:** Registered Agent, Aug 29, 2022, 3:10 pm EDT

**Documents:** Summons and Complaint (Received Aug 29, 2022 at 1:00pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 29, 2022, 3:10 pm EDT at Corporate: 2985 Gordy Pkwy, Marietta, GA 30066 received by Robert Caruso CEO ServiceMac, LLC c/o Registered Agent Corporate Creations Network Inc.. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'6"; Hair: Brown; Eyes: Blue; Relationship: Authorized Receptionist ;
Served the Registered Agent receptionist Nikki Willman in person at front desk.

_____    9/8/2022
John Sibbald                         Date

Platinum Key Investigations
55 Atlanta St SE Suite 203
Marietta, GA 30060
7734066750

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

9/8/22           12-7-25
Date             Commission Expires

[Notary Seal: DAVID ENGLAND NOTARY PUBLIC, EXPIRES GEORGIA 12/07/2025, PAULDING COUNTY]